UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                                          Case No. 11-cr-172-01-SM

Christopher Hachey,
    Defendant

O R D E R

Defendant Hachey's motion to continue the final pretrial conference and trial for sixty days is granted (document no. 9). Trial has been rescheduled for the month of May 2012. Defendant Hardy shall file a waiver of speedy trial rights not later than February 13, 2012. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 4, 2012 at 4:00 p.m.

Jury selection will take place on May 15, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

February 3, 2012

cc: Jonathan Saxe, Esq.
    Debra Walsh, AUSA
    U.S. Marshal
    U.S. Probation