UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No. 11-cr-172-01-SM

Christopher Hachey,
    Defendant

## O R D E R

Defendant Hachey's motion to reschedule the final pretrial conference and trial for 60 days is granted (document no. 12). Trial has been rescheduled for the month of July 2012. Defendant Hachey shall file a waiver of speedy trial rights not later than May 14, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for July 13, 2012 at 11:00 a.m.

Jury selection will take place on July 24, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
U.S. District Judge

May 7, 2012

cc: Jonathan Saxe, Esq.
Debra Walsh, AUSA
U.S. Marshal
U.S. Probation